Raymond I. HAYES, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 43106.

Missouri Court of Appeals,
Western District.

Sept. 4, 1990.

Mary K. Anderson, Columbia, for appellant.

William L. Webster, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and FENNER and ULRICH, JJ.

ORDER

PER CURIAM:

Defendant appeals from the dismissal of a Rule 29.15 motion for post-conviction relief for untimely filing of the pro se motion.

The judgment is affirmed. Rule 84.16(b).

Robert L. WOODSON, Appellant,

v.

CITY OF KANSAS CITY, Missouri, et al., Respondents.

No. WD 42362.

Missouri Court of Appeals,
Western District.

Sept. 11, 1990.

Robert L. Woodson, appellant pro se.

William D. Geary, Asst. Atty. Gen., Kansas City, for respondents.

Before LOWENSTEIN, P.J., and FENNER and ULRICH, JJ.

ORDER

PER CURIAM.

Appeal from judgment of the circuit court affirming certain administrative decisions of the Property Maintenance Appeals Board of the City of Kansas City, Missouri.

Judgment affirmed. Rule 84.16(b).